# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2241 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 156 DB 2014 |
| v. | : | |
| | : | Attorney Registration No. 03196 |
| MALCOLM P. ROSENBERG, | : | |
| Respondent | : | (Philadelphia) |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of March, 2016, upon consideration of the Report and Recommendations of the Disciplinary Board, Malcolm P. Rosenberg is suspended from the Bar of this Commonwealth for a period of three years, and he is directed to comply with all the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).